**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Maris C. POWELL, a.k.a. Maris Christopher Powell, Defendant-Appellant.**

**No. 16-16099**
**Non-Argument Calendar**

United States Court of Appeals,
Eleventh Circuit.

(June 22, 2017)

David Charles Waterman, Natalie Hirt Adams, Arthur Lee Bentley, III, U.S. Attorney's Office, Tampa, FL, for Plaintiff-Appellee

Before MARTIN, JULIE CARNES and ANDERSON, Circuit Judges.

PER CURIAM:

Thomas A. Burns, appointed counsel for Maris Powell in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed. 2d

493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of Powell's appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Powell's conviction and sentence is **AFFIRMED**.